IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ] | |
| | ] | |
| **v.** | ] | **2:24-cr-83-ACA-GMB** |
| | ] | |
| **STEVEN MICHAEL BROWN,** | ] | |
| Defendant. | ] | |

## ORDER

In February 2024, a grand jury indicted Steven Michael Brown on charges of being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1). (Doc. 1). Mr. Brown moved to dismiss the indictment on the ground that § 922(g)(1) violates his Second Amendment rights both facially and as applied. (Doc .16). The magistrate judge entered a report recommending that the court deny the motion to dismiss the indictment because Eleventh Circuit precedent forecloses Mr. Brown's argument. (Doc. 23). The magistrate judge advised Mr. Brown of his right to object and of the consequences of failure to object (*id.* at 3), but Mr. Brown has not filed any objections.

Mr. Brown's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the

2

recommendation. The court **DENIES** Mr. Brown's motion to dismiss the indictment.

    **DONE** and **ORDERED** this August 15, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

2